1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

KHOA HOANG,

10
            Plaintiff,

11
      v.
                                    Case No.  C06-1158RSL

12
TRIDENT SEAFOODS CORP., *et al.*,           ORDER TO SEAL DOCUMENT
                                    AND FILE REDACTED COPY
13
            Defendants.              OF SEALED DOCUMENT

14

15

16          This matter comes before the Court *sua sponte*.  Defendant's response to plaintiff's

17   motion to compel contains private and personal information that needs to be redacted from

18   public documents.

19          Pursuant to the General Order of the Court regarding Public Access to Electronic Case

20   Files (filed 5/29/03), parties are to redact the following information from documents and exhibits

21   before they are filed with the court:

22          * Dates of Birth - redact to the year of birth

23          * Names of Minor Children - redact to the initials

24          * Social Security Numbers - redact to the last four digits

25          * Financial Accounting Information - redact to the last four digits

26          The General Order was issued by the court pursuant to the official policy on privacy

27

28   ORDER TO SEAL AND
     FILE REDACTED COPIES - 1

adopted by the Judicial Conference of the United States and can be found on the court's website at http://www.wawd.uscourts.gov/docs. All documents filed in the above-captioned matter must comply with the Privacy Policy and the General Order.

In order to restrict access to the private and confidential information that has already made its way into the record in an expeditious manner, the Clerk of Court is hereby directed to seal the Declaration of Richard Nielsen, Dkt. #19, in the above-captioned matter. The parties are directed to promptly review all previously filed documents to ensure that they do not contain additional information that should have been redacted. The parties shall make every effort to avoid such public disclosures of confidential information in the future.

As a result of the improper filing, a substantial portion of the record is now sealed, which is inconsistent with the public's right of access. Defendant is therefore ORDERED to file, within ten days of the date of this order, a redacted copy of all documents which have been sealed in this case. If defendant has any questions about the Privacy Policy and the General Order or need assistance in filing and properly labeling the redacted copies, it should contact the CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).

DATED this 7th day of June, 2007.

Robert S. Lasnik
United States District Judge