# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KHOA HOANG,

    Plaintiff,

v.

TRIDENT SEAFOODS CORP., *et al.*,

    Defendants.

Case No. C06-1158RSL

ORDER DENYING SECOND
MOTION TO COMPEL

This matter comes before the Court on plaintiff's motion to compel defendants to provide signed and properly organized discovery responses and for a ruling that defendants have waived their objections by failing to provide timely signed objections. After plaintiff filed his motion, defendants produced signed and properly organized responses, so plaintiff withdrew that portion of his motion.

The Court now considers whether defendants have waived their objections. Plaintiff filed this motion without conferring with opposing counsel as required by Local Rule 37. Plaintiff's counsel vaguely states that he has had "more than one" conference with opposing counsel, citing a letter he sent after one such conference. The letter reflects many unresolved questions and issues, which highlight that even if counsel did confer, they did not exhaust their efforts to resolve the issues without involving the Court. Accordingly, the motion is denied. Even if the

ORDER DENYING SECOND
MOTION TO COMPEL- 1

parties had conferred, the Court would still deny the motion because defendants' delay in providing signed objections was brief, and plaintiff has not suffered prejudice as a result of the delay.

For all of the reasons set forth above, plaintiff's second motion to compel (Dkt. #24) is DENIED.

This is the second time that the Court has denied a discovery motion from plaintiff based on a failure to meet and confer. In the future, any discovery motion must be accompanied by a signed declaration from the attorney filing the motion that counsel have discussed all of the topics in the motion by telephone or in person as required by Local Rule 37, the specific date of the conference(s), and its outcome.

DATED this 11th day of June, 2007.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING SECOND
MOTION TO COMPEL- 2