UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KHOA HOANG,

       Plaintiff,

     v.

TRIDENT SEAFOODS CORP., *et al.*,

       Defendants.

Case No. C06-1158RSL

ORDER DENYING MOTION FOR EXTENSION OF TIME FOR DEPOSITION DISCOVERY

This matter comes before the Court on plaintiff's motion for an extension of time for deposition discovery. (Dkt. #39). The discovery deadline is July 8, 2007. Plaintiff seeks an extension so that he may depose any person on defendant's crew lists within two months of production of the crew lists, or within one month of the crewmember's return from sea if he or she is currently at sea.

In filing this motion, plaintiff has failed to comply with a recent and explicit order of the Court. In its June 11, 2007 order denying plaintiff's second motion to compel, the Court stated,

> This is the second time that the Court has denied a discovery motion from plaintiff based on a failure to meet and confer. In the future, any discovery motion must be accompanied by a signed declaration from the attorney filing the motion that counsel have discussed all of the topics in the motion by telephone or in person as required by Local Rule 37, the specific date of the conference(s), and its outcome.

(Dkt. #32). Despite those clear instructions, two weeks after receiving the Court's order,

ORDER DENYING MOTION - 1

1 plaintiff filed this motion that contains a brief and conclusory "declaration" at the end of the
2 motion that does not certify that counsel have discussed all of the topics in the motion by
3 telephone or in person as required by Local Rule 37, the specific date of any conference, or its
4 outcome.[1]

Accordingly, plaintiff's motion for a discovery extension (Dkt. #39) is DENIED.

DATED this 6th day of July, 2007.


*MrS Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Even if plaintiff had complied with the Court's prior order, the Court would deny the motion. The crew lists contain approximately 300 names, but plaintiff has not identified a single witness from that list whom he needs to depose. Also, the Court granted the parties' stipulation on June 27, 2007 to extend the discovery deadline to allow plaintiff to depose crewmembers who plaintiff identified and who are currently unavailable. Plaintiff has not explained why that seemingly extensive discovery is insufficient. Furthermore, the stipulation contains in excess of ten deponents. Plaintiff has not shown good cause to exceed the limit contained in Federal Rule of Civil Procedure 30(a).

ORDER DENYING MOTION - 2